UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **WILBERT J. SAUCIER, JR.,** | **CIVIL ACTION NO.  14-3157** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **STATE FARM MUTUAL AUTOMOBILE INSURANCE CO.** | **MAG. JUDGE JOSEPH PEREZ-MONTES** |

**JUDGMENT**

For the reasons set forth in this Court's Opinion,

IT IS ORDERED, ADJUDGED, AND DECREED that Judgment is rendered in favor of Plaintiff William J. Saucier, Jr., and against Defendants State Farm Mutual Automobile Insurance Co. and State Farm Fire and Casualty Co. in the amount of $105,802.85, plus all taxable costs of court and post-judgment interest as allowed by law.

MONROE, LOUISIANA, this 6th day of April, 2017.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE